UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

July 26, 2000

Memo to Counsel Re: Eugene M. Lennek, et ux. v. SCIMED Life Systems, Inc., et al.
                Civil No. JFM-00-1737

Dear Counsel:

This will confirm the schedule set during the conference held today.

| Date | Event |
| --- | --- |
| August 4, 2000 | Report due re protective order |
| January 6, 2001 | Fact discovery deadline; first status report due |
| March 23, 2001 | Deadline for plaintiffs' Rule 26(a)(2) disclosures |
| May 25, 2001 | Deadline for defendant's Rule 26(a)(2) disclosures |
| June 15, 2001 | Deadline for plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| June 29, 2001 | Deadline for Rule 26(e) supplementations |
| July 13, 2001 | Expert discovery deadline; status report due (including statement as to whether either side intends to file summary judgment motion) |
| August 17, 2001 | Deadline for defendants' summary judgment motion |
| September 14, 2001 | Deadline for plaintiffs' opposition and cross-motion for summary judgment |
| September 28, 2001 | Deadline for defendants' opposition/reply |
| October 12, 2001 | Deadline for plaintiffs' reply |



     Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                       Very truly yours,

                                       J. Frederick Motz
                                       United States District Judge

cc: Court File