IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

EUGENE LENNEK, et ux.,           :

    Plaintiff,               :

vs.                              :    Civil No.: JFM-00-1737

SCIMED Life Systems, et al.,     :

    Defendants.              :

### ORDER

The foregoing Motion of Defendant SCIMED Life Systems, Inc. to Compel Discovery, having been read and considered, it is this 15 day of November, 2000,

HEREBY ORDERED, that the Motion is granted.

Plaintiff is directed to serve a written response to SCIMED Life System, Inc.'s Request for Production of Documents within 14 days of the date of this Order, and produce the documents themselves.

                                              _____
                                              J. Frederick Motz, Chief Judge,
                                              United States District Court
                                                 for the District of Columbia

Copies To:

Michael T. Wharton
Wharton, Levin, Ehrmantraut,
  Klein & Nash
104 West Street
Annapolis, MD  21404-0551

Henry J. Belsky, Esquire
Linda D. Moeller, Esquire
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street
Sun Life Building - 10th Floor
Baltimore, Maryland 21201

Alan J. Belsky, Esquire
201 North Charles Street, Suite 700
Baltimore, Maryland 21201-4111