IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

EUGENE LENNEK, et ux.,  :

    Plaintiff,  :

vs.  :  Civil No.: JFM-00-1737

SCIMED Life Systems, et al.,  :

    Defendants.  :

## ORDER

The Motion of Plaintiffs to extend time for Plaintiffs to comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure having been read and considered, it is this 26th day of March, 2001,

HEREBY ORDERED that the Motion is granted. The date for Plaintiff's Rule 26(a)(2) disclosures is extended from March 23, 2001 to April 23, 2001. Further, the Court extends the deadline for Defendant's Rule 26(a)(2) disclosures from May 25, 2001 to June 25, 2001. All other dates in the Scheduling Order remain unaffected.

_____
J. Frederick Motz, Chief Judge,
United States District Court for the
District of Maryland

Copies To:

Michael T. Wharton, Esquire
Wharton, Levin, Ehrmantraut,
    Klein & Nash
104 West Street
Annapolis, Maryland 21404

*Counsel for the Defendant*
*SCIMED Life Systems, Inc.*


Henry J. Belsky, Esquire
Linda D. Moeller, Esquire
SCHLACHMAN, BELSKY & WEINER, P.A.
20 South Charles Street
Sun Life Building - 10th Floor
Baltimore, Maryland 21201

Alan J. Belsky, Esquire
201 North Charles Street, Suite 700
Baltimore, Maryland 21201-4111

*Counsel for the Plaintiffs*