UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 12, 2001

Memo To Counsel Re: Eugene Lennek, et al. v. Scimed Life Systems, Inc., et al.
Civil No. JFM-00-1737

Dear Counsel:

Mr. Belsky telephoned my office today and indicated that he would not be filing a reply in support of his motion for destructive testing. He also indicated that time is of the essence.

On the record as it now stands, I cannot grant the motion. It seems apparent that plaintiff's expert could use a newer SEM to conduct his testing without destroying the product. Although the expert asserts that this would cost an additional fee, the record is silent as to what that fee would be. Moreover, it is unlikely that unless the fee is prohibitive, I would authorize destruction of a product unnecessarily. Accordingly, plaintiffs' motion is denied.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File