IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EUGENE LENNEK                    *
                                 *
        v.                       *   Civil No. JFM-00-1737
                                 *
SCIMED LIFE SYSTEMS, ET AL.      *
                              *****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 12th day of April 2001

ORDERED that plaintiffs' "Motion For Appropriate Relief" be denied.

_____
J. Frederick Motz
United States District Judge