IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EUGENE LENNEK, et ux.,　　　　　　　　＊

　　　Plaintiffs　　　　　　　　　　　　＊

　　　v.　　　　　　　　　　　　　　　　＊　　　CIVIL ACTION NO.: JFM-00-1737

SCIMED LIFE SYSTEMS INC., et al.　　　＊

　　　Defendants　　　　　　　　　　　　＊

＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊

ORDER

UPON review of Linda D. Moeller's Request For Leave to Withdraw Appearance it is this 27t day of April, 2001,

ORDERED that Linda D. Moeller's Request To Withdraw Appearance is GRANTED.

_____
JUDGE